**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BEVERLY ANN MOSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06-CV-1233 CAS |
| | ) | |
| AMCO INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF REMAND**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that this matter is **REMANDED** to the Circuit Court for the City of St. Louis, State of Missouri, from which it was removed, for lack of subject matter jurisdiction. See 28 U.S.C. § 1447(c).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  29th  day of September, 2006.